452 A.2d 70

Weaver, et al., Appellants v. Wayne-Crouse.

Argued May 19, 1982. Robert B. Truel, for appellant; Gerald J. Hutton, for appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Judgment affirmed.